UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                    :

ANGEL YUMBLA QUINTUNA,        :

                 Plaintiff,      :

                                    :           22-cv-2711 (LJL)

        -v-                 :

                                    :              __ORDER__

CITIBANK, N.A., TRANS UNION, LLC,  :

                                    :

               Defendants.    :

                                    :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court has received the proposed notice of voluntary dismissal as to Defendant

Citibank, N.A., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Dkt. No. 12.  Rule

41 addresses dismissal of actions rather than dismissal of parties.  Treating the application as

addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will

dismiss the complaint as against Defendant Citibank, N.A. with prejudice and with each party to

bear their own costs and fees.

       The Clerk of Court is respectfully directed to terminate Defendant Citibank, N.A.


       SO ORDERED.


Dated: June 7, 2022
      New York, New York       _____
                                 LEWIS J. LIMAN
                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/7/2022__